UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of August, two thousand twenty-three,

Fernando G. Irazu,

    Plaintiff - Appellant,

v.

Margarita Oliva Sainz De Aja, Kevin F. Collins, Jeffrey A. Diamond,

    Defendant - Appellees.

**ORDER**
Docket No. 23-702

Appellant Fernando G. Irazu's submission of Appendix volume 2 does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Appendix volume 2 is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

